Order entered November 14, 2012

004904



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01669-CR

### GARRETT VOGEL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 8
Dallas County, Texas
Trial Court Cause No. 07-66820-T**

## ORDER

The Court **GRANTS** the State's November 12, 2012 motion to extend time to file its

brief. We **ORDER** the State's brief filed as of the date of this order.

_____

LANA MYERS
JUSTICE